UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Angela Johnson

       v.                    Civil No. 12-cv-2329-PB

Colgate-Palmolive Company

O R D E R

By notice dated June 22, 2012, attorneys Jerrold S. Parker, Randall E. Appleton, and Richard J. Arsenault were instructed to register for Electronic Case Filing (ECF) within thirty (30) days. To date, they have not registered as instructed.

The above attorneys shall register for ECF on or before August 29, 2012. Failure to register by that date shall result in Jerrold S. Parker, Randall E. Appleton, and Richard J. Arsenault being removed from the case as counsel of record.

SO ORDERED.

August 15, 2012                                */s/ Paul Barbadoro*
                                                   Paul Barbadoro
                                                   United States District Judge

cc:     All counsel of record